Rodriguez Samuel Da Matha DE
SANTANNA, Plaintiff–
Appellant,

v.

Martin O'MALLEY, Governor (first
Representative of Maryland); Glenn
Ivey, State's Attorney (first Public
Prosecutor of PG County); Brian Lof-
ton, Commissioner (ID# 5138), Defen-
dants–Appellees,

and

State of Maryland, In care of Governor
O'Malley, Defendant.

No. 10–1621.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 20, 2010.

Rodriguez Samuel Da Matha De Santan-
na, Appellant Pro Se. Glenn William Bell,
Office of the Attorney General of Mary-
land, Baltimore, Maryland, for Appellees.

Before MOTZ, KING, and DAVIS,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Rodriguez Samuel Da Matha De Santan-
na appeals the district court's order grant-ing the Defendants' motions to dismiss in
this civil rights action. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Da Matha De
Santana v. O'Malley*, No. 8:09–cv–01927–
AW, 2010 WL 2106192 (D. Md. filed May
21, 2010 & entered May 24, 2010). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*